FILED

09/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0133

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0133

_____

MEGAN SAYLER,

      Petitioner and Appellee,

v.                                                              O R D E R

YAN SUN,

      Respondent and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 10, 11, and 12 of the Montana Rules of Appellate Procedure. After reviewing the response brief of the Appellee, Megan Sayler, filed electronically on September 6, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 11(4)(e) requires the Certificate of Compliance to contain the word count. The Court has determined that page 28 of the Appellee's Response Brief does not contain a word count. To comply with M. R. App. P. 11(4)(e), Appellee must include the word count.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all

parties of record.

DATED this 7th day of September, 2022.

For the Court,

By_____

Justice

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
September 7 2022